United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50651
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PEDRO GOMEZ-GONZALEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-205-ALL-PRM
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

     Pedro Gomez-Gonzalez appeals the sentence imposed following

his guilty-plea conviction of illegal reentry in violation of

8 U.S.C. § 1326.  Gomez-Gonzalez argues that in light of recent

Supreme Court precedent the sentencing provisions set forth in

8 U.S.C. § 1326(b) are unconstitutional and that Almendarez-

Torres v. United States, 523 U.S. 224 (1998), should be

overruled.

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gomez-Gonzalez argues that the rulings in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), and <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), cast doubt upon the continued validity of <u>Almendarez-Torres</u>.

<u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>.  See <u>Apprendi</u>, 530 U.S. at 489-90; <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000).  The Court's decision in <u>Blakely</u>, 124 S. Ct. at 2537, and more recently in <u>United States v. Booker</u>, 125 S. Ct. 738, 756 (2005), also did not overrule <u>Almendarez-Torres</u>.  This court therefore must follow <u>Almendarez-Torres</u> "unless and until the Supreme Court itself determines to overrule it."  <u>Dabeit</u>, 231 F.3d at 984 (internal quotation marks and citation omitted).

The judgment of the district court is AFFIRMED.